UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

MAR 11   10 29 AM '04

U.S.
N  3:02-CV-2118 (JBA)

KENNETH MURRAY ET AL.,          :          CIVIL ACTION NO.
            PLAINTIFFS          :          3:02-CV-2118 (JBA)
                                :
VS.                             :
                                :
TIMOTHY LAMBERT                 :
DBA RELIABLE WINDOW INSTALLERS, :
            DEFENDANT           :          MARCH 10, 2004

## MOTION FOR DEFAULT JUDGMENT

The plaintiffs respectfully move the court for a judgment against defendant Timothy

Lambert  DBA Reliable Window Installers.  On May 9, 2003 Judge Janet Bond Arterton granted

plaintiff's Motion to Compel an audit of the defendant's books.  Plaintiff's Motion for Default

Judgment was denied "without prejudice to renew, at such time as the full amount of damages

can be determined." [Exhibit 1]  An audit was conducted for the years 2000 through 2002.  The

audit revealed delinquent contributions totaling $6,017.13.  [Exhibit 2]  Specifically, plaintiffs

request a judgment as set forth below.

Specifically, the plaintiffs request:

1.      The full amount of contributions due and owing to plaintiff Health Fund through

the date of judgment herein in the amount of $3,858.20;

2.      The full amount of contributions due and owing to plaintiff Apprenticeship and

Training Fund through the date of judgment herein in the amount of $483.35;

3.      The full amount of contributions due and owing to plaintiff Fair Contracting

Fund through the date of judgment herein in the amount of $69.05;

1

4.    The full amount of contributions due and owing to plaintiff Labor Management Cooperation Fund through the date of judgment herein in the amount of $69.05;

5.    The full amount of contributions due and owing to plaintiff Political Action Fund through the date of judgment herein in the amount of $13.18;

6.    The full amount of Union dues due and owing to plaintiff Union through the date of judgment herein in the amount of $1,523.67;

7.    Liquidated damages in an amount equal to twenty (20%) percent of all delinquent funds owed to plaintiffs in the amount of $1,203.42;

8.    Interest on such delinquent funds at the rate of ten (10%) percent from the date of judgment;

9.    An award of attorneys fees in the amount of $ 2,240.00 plus court filing fee of $150.00 and service of process for $ 57.60 [Exhibit 3];

10.    Cost of collection, including, but not limited to, such audit costs as may be incurred in connection with the delinquent or late contributions owed to the plaintiffs in the amount of $ 1,134.39;

Plaintiffs represent that the complaint in the above case was filed in this court on December 2, 2002, and that a summons and copy of the complaint were duly served on the defendant, Timothy Lambert DBA Reliable Window Installers, on December 4, 2002, and that no answer or other defense has been filed by the defendant, and that default of Timothy Lambert DBA Reliable Window Installers was entered by the clerk of this court on February 6, 2003, and that no proceedings have been taken by the defendant since the Motion for Default was granted. Therefore, plaintiffs request judgment as set forth above.

Plaintiffs submit the attached affidavits in support of this motion.

Dated this **10** day of March, 2004.

Plaintiffs,

By

J. William Gagne, Jr.
Law Office of J. William Gagne, Jr.
& Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
Telephone: (860) 522-5049
Facsimile: (860) 571-6084
Fed. Bar No. ct02126
Email: jwgagne@snet.net

3

The foregoing motion, having been heard, is hereby ORDERED:

GRANTED / DENIED

BY THE COURT

_____
                                                    J.

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 1₀ day of March, 2004, via first-class mail postage prepaid to:

Timothy Lambert
d/b/a Reliable Window Installers
771 Bloomfield Avenue
Windsor, CT 06095

J. William Cagne Jr.

5

# EXHIBIT 1

MAY 12 2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

May 9  1 48 PM '03

MURRAY, ET AL                    :

v.                               :   NO. 3:02cv2118  (JBA)

LAMBERT, ET AL                   :

U.S DISTRICT COURT
NEW HAVEN, CONN.

## ENDORSEMENT ORDER [DOC. #6, #9]

Plaintiff's Motion to Compel [doc. #6] is GRANTED, absent any objection filed, and defendants shall submit to a payroll audit of Reliable Window Installer's records by Buckley, Frame, Boudreau & Co., P.C. for 2002 and 2003 within thirty days as set forth in plaintiff's motion.

Because a motion to alter or amend a judgment must be filed no later than 10 days after entry (Fed. R. Civ. P. 59(e)), and the final audit results will not be timely available, Plaintiff's Motion for Partial Default Judgment [doc. #9] is DENIED, without prejudice to renew, at such time as the full amount of damages can be determined (see Fed. R. Civ. P. 55(b)(2)).

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   **May 07, 2003**

EXHIBIT 2

**PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 11**
**HEALTH FUND**
P.O. Box 5817
Wallingford, CT 06492-7617
1-800-972-1627 (Outside CT)
(203) 269-7741 (In CT)

December 9, 2003

Reliable Window Installers
771 Bloomfield Avenue
Windsor, CT 06095

RE: I.U.P.A.T. DISTRICT COUNCIL NO. 11
    PAYROLL AUDIT

To whom it may concern:

The Trustees of the I.U.P.A.T. District Council No. 11 Trust Funds wish to convey their appreciation for your Company's cooperation during the recent audit that was conducted concerning the payment of contributions to the Funds.

Attached please find copies of the reports rendered by the auditing firm indicating the number of audited unreported hours due and payable to the I.U.P.A.T. District Council No. 11 Trust Funds. Please note that this is a **revised** report that includes the time period of November 1999 thru June 2003.
The payment due is calculated as follows:

|  | 2000 | 2001 | 2002 | Total |
|---|---|---|---|---|
| Health Fund | $2,907.90 | $617.50 | $332.80 | $3,858.20 |
| Apprenticeship Fund | 376.95 | 70.00 | 36.40 | 483.35 |
| Labor Mgmnt Co. Fund | 53.85 | 10.00 | 5.20 | 69.05 |
| Fair Contracting Fund | 53.85 | 10.00 | 5.20 | 69.05 |
| Political Action Fund | 10.77 | 2.00 | 1.04 | 13.81 |
| Dues Fund | 1,171.64 | 234.11 | 117.92 | 1,523.67 |
|  |  | **Total Contributions Due** |  | **$6,017.13** |

In addition, our policy of billing the cost of the audit to the Company if the unreported hours are in excess of 300 hours, and in excess of 3% of the total hours reported during the period examined, is applicable as shown:

Total Audit Cost                                                     1,134.39

                              **Total Amount Due**      **$7,151.52**

page 2

If for any reason you disagree with the auditor's findings, please notify the Fund Office *in writing* of the adjustments you feel should be made. Please include supporting documentation.

Kindly forward your payment in the above amount by **December 22, 2003**. If payment is not received, or arrangements are not made, by that date, this matter will be referred to Fund Counsel to collect the amounts owed. If the matter is referred to Fund Counsel, you may be subject to attorney's fees.

Your continuing cooperation is sincerely appreciated. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

INSURANCE PROGRAMMERS, INC. - CONTRACT ADMINISTRATOR

Leo Ricciardelli
Accounts Receivable

enc.

cc: Attorney J. William Gagne, Jr. Esq.
    J. Wm. Gagne, Jr., & Assoc., P.C.

    Kenneth C. Murray .
    Painters District Council No. 11

    Gerard Frame
    Buckley, Frame, Boudreau & Co., P.C.

# EXHIBIT 3

**J. W. GAGNE Jr. & ASSOCIATES**
1260 SILAS DEANE HWY
WETHERSFIELD, CT 06109
REPORT ON RELIABLE TIME & EXPENSES

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | | | $    - |
| Oct-02 | BILLING FOR RELIABLE | 3.50 | $   560.00 |
| Mar-03 | BILLING FOR RELIABLE DEC 02 - FEB 03 | 8.25 | $ 1,320.00 |
| Feb-04 | BILLING FOR RELIABLE | 2.25 | $   360.00 |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | 14.00 | $ 2,240.00 |
| Mar-03 | FILING FEE USDC | | $   150.00 |
| Mar-03 | SUBPOENA SERVICE | | $    57.60 |

| EXPENSES FOR SERVICES | |
|-----------------------|--|
| | $    - |

| COURT FILING FEE |
|------------------|

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH MURRAY ET AL., | : | CIVIL ACTION NO. |
| PLAINTIFFS | : | 3:02-CV-2118 (JBA) |
| | : | |
| VS. | : | |
| | : | |
| TIMOTHY LAMBERT | : | |
| DBA RELIABLE WINDOW INSTALLERS, | : | |
| DEFENDANT | : | MARCH 10, 2004 |

<u>AFFIDAVIT IN SUPPORT OF DAMAGES</u>

STATE OF CONNECTICUT

ss:  WETHERSFIELD

COUNTY OF HARTFORD

I, Arnold Korman., being duly sworn, do hereby depose and say:

1.      I am over the age of eighteen, and I believe in the obligation of an oath.

2.      I am competent to testify as to the matters set forth in this affidavit based on my own personal knowledge of such matters and, if called upon to testify in this action, I would testify that the following facts are true and correct.

3.      At all times relevant hereto, I have held the position of bookkeeper for the Law Offices of J. William Gagne, Jr. & Associates, P.C.

4.      Attorney fees for collection of delinquent contributions for Reliable Window Installers total $ 2,240.00

1

5.    Expenses for service of process total $ 57.60

6.    Court Filing Fee expenses total $ 150.00

Arnold Korman
Bookkeeper for the Law Offices of
J. William Gagne, Jr. & Associates, P.C.

Subscribed to and sworn before me on
This _10th_ day of  March, 2004.

Kimberly M Maype

Notary Public/~~Commissioner of Superior Court~~
My Commission Expires: May 31, 2006

2