UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KENNETH MURRAY ET AL.,** | : | CIVIL ACTION NO. |
| **PLAINTIFFS** | : | 3:02-CV-2118 (JBA) |
| | : | |
| VS. | : | |
| | : | |
| **TIMOTHY LAMBERT** | : | |
| **DBA RELIABLE WINDOW INSTALLERS** | : | |
| **DEFENDANT** | : | **FEBRUARY 18, 2004** |

### AFFIDAVIT IN SUPPORT OF DAMAGES

STATE OF CONNECTICUT

ss:  WETHERSFIELD

COUNTY OF HARTFORD

I, Kenneth C. Murray, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen, and I believe in the obligation of an oath.

2. I am competent to testify as to the matters set forth in this affidavit based on my own personal knowledge of such matters and, if called upon to testify in this action, I would testify that the following facts are true and correct.

3. At all times relevant hereto, I have held the position of Trustee of the I.U.P.A.T. District Council #11 Health Fund.

4. Defendant Timothy Lambert DBA Reliable Window is not an infant or incompetent person.

5. An audit of the defendant's records was conducted for the years 2000 through 2002 revealing delinquent contributions in the amount of $6,017.13.

6. Delinquent contributions for 2000 through 2002 and damages are as set forth below:

1

a. The full amount of contributions due and owing to plaintiff Health Fund in the amount of $3,858.20;

b. The full amount of contributions due and owing to plaintiff Apprenticeship and Training Fund in the amount of $483.35;

c. The full amount of contributions due and owing to plaintiff Fair Contracting Fund in the amount of $69.05;

d. The full amount of contributions due and owing to plaintiff Labor Management Cooperation Fund in the amount of $69.05;

e. The full amount of contributions due and owing to plaintiff Political Action Fund in the amount of $13.81;

f. The full amount of Union dues due and owing to plaintiff Union in the amount of $1,523.67;

g. Liquidated damages in an amount equal to twenty (20%) percent of all delinquent funds owed to plaintiffs in the amount of $1,203.42;

h. Interest on such delinquent funds at the rate of ten (10%) percent from the date of judgment;

i. An award of attorneys fees in the amount of $ 2,240.00 plus court filing fee of $150.00 and service of process for $ 57.60;

j. Cost of collection, including, but not limited to, such audit costs as may be incurred in connection with the delinquent or late contributions owed to the plaintiffs in the amount of $1,134.39;

2

*(signature)*
Kenneth C. Murray
Trustee of the I.U.P.A.T. District Council
#11 Health Fund

Subscribed to and sworn before me on this ___18th___ day of February, 2004.

*(signature)*
Notary Public/Commissioner of Superior Court

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this *10* day of March, 2004, via first-class mail postage prepaid to:

Timothy Lambert
d/b/a Reliable Window Installers
771 Bloomfield Avenue
Windsor, CT 06095

                                                       _____
                                                       J. William Gagne Jr.