UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MURRAY, ET AL                    :

Mar 6  3 03 PM '04

v.                               :    NO. 3:02cv2118 (JBA)

U.S. DISTRICT COURT
NEW HAVEN, CONN.

LAMBERT, ET AL                   :


## ENDORSEMENT ORDER [DOC. #13]

Plaintiffs' Motion for Default Judgment [doc. #13] is
GRANTED, absent any objection filed.  Judgment by default may
enter against defendants as follows:

a) delinquent contributions 2000-2002: $6,017.13;

b) liquidated damages: $1,203.43;

c) attorney fees: $2,240.00; and

d) collection costs:  $1,341.99.


IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut:    May 06, 2004