UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH MURRAY, STEVEN WEINZIMMER, TRUSTEES OF THE I.U.P.A.T. DISTRICT COUNCIL #11 HEALTH FUND; JOINT APPRENTICESHIP AND TRAINING FUND; JAMES WILLIAMS, TRUSTEE OF THE POLITICAL ACTION FUND, LABOR MANAGEMENT COOPERATION FUND, FAIR CONTRACTING FUND, DISTRICT COUNCIL #11 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO | : : : : : : : : | Civil No: 3:02cv2118 JBA |
| v. TIMOTHY LAMBERT D/B/A RELIABLE WINDOW INSTALLERS | : : : : | |

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Janet Bond Arterton, United States District Judge as a result of the plaintiff's motion to enter default judgment.

On February 6, 2003, default was entered against the defendants. On May 6, 2004, motion for default judgment was granted after review and absent objection as follows, delinquent contributions for the years of 2000-2002 in the amount of $6,017.13; liquidated damages $1,203.43; attorney fees $2,2409.00 and collection costs of $1,341.99 for a total award of $10,802.55.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered in favor of the plaintiff for a total award of $10,802.55 and the case is closed.

Dated at New Haven, Connecticut this 11th day of May, 2004

KEVIN F. ROWE, Clerk

EOD_____

_____
Betty J. Torday
Deputy Clerk