**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MURRAY, ET AL                          :

v.                                     :        NO. 3:02cv2118 (JBA)

LAMBERT, ET AL                         :


**ENDORSEMENT ORDER [DOC. #17]**

   Motion to Withdraw Appearance [doc. #11] is DENIED, inasmuch

as substitute counsel has not yet appeared on behalf of plaintiff


                          IT IS SO ORDERED.



_____/s/_____
_____Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut:    <u>February   14, 2005</u>