# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

KENNETH MURRAY and STEVEN WEINZIMMER,
TRUSTEES OF THE I.U.P.A.T. DISTRICT COUNCIL
#11 HEALTH FUND; KENNETH MURRAY and
STEVEN WEINZIMMER, TRUSTEES OF THE
I.U.P.A.T. DISTRICT COUNCIL #11 JOINT
APPRENTICESHIP AND TRAINING FUND; JAMES
WILLIAMS, TRUSTEE OF THE POLITICAL ACTION
FUND; JAMES WILLIAMS, TRUSTEE OF THE
LABOR MANAGEMENT COOPERATION FUND;
JAMES WILLIAMS, TRUSTEE OF THE FAIR
CONTRACTING FUND; DISTRICT COUNCIL #11 OF
THE INTERNATIONAL UNION OF PAINTERS AND
ALLIED TRADES, AFL-CIO

V                                                                **APPEARANCE**

TIMOTHY LAMBERT d/b/a
RELIABLE WINDOW INSTALLERS                       CASE NUMBER:
                                                                                 3:02-CV-2118 (JBA)

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case FOR ALL PLAINTIFFS

March 1, 2005
**Date**                                                                 **Signature**

ct 10873                                                             Thomas M. Brockett
**Connecticut Federal Bar Number**                    **Print Clearly or Type Name**

(860) 290-9610                                                  333 East River Drive, Suite 101
**Telephone Number**                                         **Address**

(860) 290-9611                                                  East Hartford, CT  06108
**Fax Number**

tbrockett@cheverielaw.com - PLEASE ALSO CC TO lmichalek@cheverielaw.com
**E-mail address**

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached.

                                                                                    **Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

Timothy Lambert d/b/a
RELIABLE WINDOW INSTALLERS
1080 South Grand Street
West Suffield, CT  06093-3426

J. William Gagne, Jr., Esq.
J. WILLIAM GAGNE, JR. &
   ASSOCIATES, P.C.
970 Farmington Avenue, Suite 207
West Hartford, CT  06107