UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH MURRAY and STEVEN WEINZIMMER, TRUSTEES OF THE I.U.P.A.T. DISTRICT COUNCIL #11 HEALTH FUND; KENNETH MURRAY and STEVEN WEINZIMMER, TRUSTEES OF THE I.U.P.A.T. DISTRICT COUNCIL #11 JOINT APPRENTICESHIP AND TRAINING FUND; JAMES WILLIAMS, TRUSTEE OF THE POLITICAL ACTION FUND; JAMES WILLIAMS, TRUSTEE OF THE LABOR MANAGEMENT COOPERATION FUND; JAMES WILLIAMS, TRUSTEE OF THE FAIR CONTRACTING FUND; DISTRICT COUNCIL #11 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO<br><br>Plaintiffs<br><br>VS.<br><br>TIMOTHY LAMBERT d/b/a<br>RELIABLE WINDOW INSTALLERS<br><br>Defendant | Civil Action No.<br>3:02-CV-2118 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br>March 1, 2005 |

## SATISFACTION OF JUDGMENT

Plaintiffs, Kenneth Murray, Trustee, et al, are the owners and holders of a Judgment in the above-captioned matter in the amount of **Ten Thousand Eight Hundred Two Dollars and Fifty-Five Cents ($10,802.55)**.

The Judgment has been fully complied with. At the time of compliance, Plaintiffs were entitled to receive such payment.

**THEREFORE**, in consideration of full payment of the Judgment, which included contributions, costs, etc., the receipt of which is hereby acknowledged, Plaintiffs, as the legal owners and holders of the Judgment, acting herein by and through Thomas M. Brockett, their duly authorized attorney of record, hereby release and discharge to Timothy Lambert d/b/a Reliable Window Installers, his heirs, successors and assigns, all the right, title and interest in and to the Judgment, which Plaintiffs have or may have therein, and hereby declare the Judgment fully satisfied.

Executed at East Hartford, Connecticut, this 1st day of March 2005.

THE PLAINTIFFS,

By: _____
Thomas M. Brockett, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4203
Tele. No.: (860) 290-9610
Fed. Bar No.: ct 10873

2

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

## CERTIFICATION

I hereby certify that a copy of the foregoing Satisfaction of Judgment has been mailed, first-class and postage prepaid, this 1st day of March 2005 to the following:

Timothy Lambert d/b/a
RELIABLE WINDOW INSTALLERS
1080 South Grand Street
West Suffield, CT 06093-3426

J. William Gagne, Jr., Esq.
J. WILLIAM GAGNE, JR. &
  ASSOCIATES, P.C.
970 Farmington Avenue, Suite 207
West Hartford, CT 06107

_____
THOMAS M. BROCKETT

TMB.PAINTERS DC #11.LAMBERT
Satisfaction of Judgment 3-1-05